

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Jones | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. **17   5121** |
| Wetzel, et. al. | | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   **555**   (☒)

| NOV **1 3** 2017 | *Dan McGah* | |
|---|---|---|
| **Date** | **Deputy Clerk** | **Attorney for** |

| | | |
|---|---|---|
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

MAK

**17    5121**

**UNITED STATES DISTRICT COURT**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: PO Box A, Bellefonte, PA 16823

Address of Defendant:

Place of Accident, Incident or Transaction: Montgomery

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes ☐   No ☐

Does this case involve multidistrict litigation possibilities?    Yes ☐   No ☐
*RELATED CASE, IF ANY:*
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☐
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☐
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?    Yes ☐   No ☐
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No ☐

CIVIL: (Place ✔in ONE CATEGORY ONLY)
A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☒ Civil Rights  555
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
   (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify)

**ARBITRATION CERTIFICATION**
*(Check Appropriate Category)*
I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____    _____    _____
                          Attorney-at-Law              Attorney I.D.#
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE:  NOV 1 3 2017    _____    _____
                        Deputy Clerk                Attorney I.D.#

CIV. 609 (5/2012)



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Jameel Jones, HW0724      :
1 Rockview Place,        :
Bellefonte, Pennsylvania 16823   :
              :
    **PLAINTIFF**      :
              :
              :
   **vs.**         :
              :

**17    5121**
_____
(Case Number)

John Wetzel; Corrections Officer  :
Settle;  Corrections Officer    :
Macorbac; Captain Terra;    :
Ms. Ann Lewis; Warden Cynthia  :
Link; Deputy Warden Ondrejka  :
              :
   **DEFENDANT(S)**   :
              :
              :
              :
              :

**CIVIL COMPLAINT**

TO BE FILED UNDER:  _x_ 42 U.S.C. § 1983 - STATE OFFICIALS
         ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  **PREVIOUS LAWSUITS**

  A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:
**None**_____

_____

_____

_____

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution? _x_ Yes __ No

B    Have you fully exhausted your available administrative remedies regarding each of your

present claims? _x_Yes __ No

C.    If your answer to "B" is Yes:

1. What steps did you take?

Filed grievances on December 8, 2015, December 22, 2015, January 11, 2016, and January 13, 2016.  In

addition, Mr. Jones filed a criminal complaint with internal security on December 6, 2015, contacted the

office of the Distruct Attorney of Montgomery County on December 24, 2015, filed a private criminal

complaint on August 22, 2016, and contacted the Commonwealth of Pennsylvania Govenor's Office of

General Counsel on September 14, 2016.

2. What was the result?

Grievances were denied, and private criminal complaints were ignored.  Internal Security issued

contradictory findings.

D.    If your answer to "B" is No, explain why not:

Section not applicable.

## III. DEFENDANTS

(1) Name of first defendant: John Wetzel
    Employed as Secretary of the Department of Corrections
    Mailing address:1920 Technology Parkway, Mechanicsburg, PA 17050

(2) Name of second defendant: Corrections Officer Settle
    Employed as Corrections Officer                at S.C.I. Graterford
    Mailing address:Box 244, Graterford, PA 19426

(3) Name of third defendant: Corrections Officer Macorbac
    Employed as Corrections Officer                at S.C.I. Graterford
    Mailing address:Box 244, Graterford, PA 19426

(4) Name of third defendant: <u>Captain Terra</u>
Employed as <u>Captain</u>                                    at <u>S.C.I. Graterford</u>
Mailing address: <u>Box 244, Graterford, PA 19426</u>
(5) Name of third defendant: <u>Ann Lewis</u>
Employed as <u>Nurse</u>                         at <u>S.C.I. Rockview</u>
Mailing address: <u>Box 244, Graterford, PA 19426</u>

(6) Name of third defendant: <u>Cynthia Link</u>
Employed as <u>Warden</u>      at <u>S.C.I. Rockview</u>
Mailing address: <u>Box 244, Graterford, PA 19426</u>

(7) Name of third defendant: <u>Warden Ondrejka</u>
Employed as <u>Warden</u>      at <u>S.C.I. Rockview</u>
Mailing address: <u>Box 244, Graterford, PA 19426</u>

## IV. STATEMENT OF CLAIM

On December 2, 2015 (at approximately 1:15pm), Mr. Jameel Jones (Hereinafter Mr. Jones) was escorted from the R.H.U. to the Medical Department at S.C.I. Graterford due to reported complaints of chestpain and shortness of breath. Said Escort was performed by Corrections Officer Settle (Hereinafter CO Settle), and Corrections Officer Macorbac (Hereinafter CO Macorbac). Mr. Jones received medical treatment from Nurse Ann Lewis (Hereinafter Nurse Lewis) who took his temperature and said that he could return to his unit without checking his breathing, blood pressure, or giving an EKG which Mr. Jones contends is highly recommended when someone has chest pains. Mr. Jones went to walk out of the doorway and fell and hit his head. Then CO Settle and CO Macorbac picked up Mr. Jones and slammed his head into the wall multiple times until Mr. Jones became unconscious. They continued to assault Mr. Jones breaking his eye socket. Inmate Jones was hundcuffed and shackled at the time this horrible attack took place. Lieutenant Pressely gave a direct Order several times to tell the Officers to stop. This Order was disobeyed. After the attack was finally over they left Mr. Jones injured on the ground. Lieutenant Pressely asked Nurse Lewis to help Mr. Jones, and she responded saying that she ain't getting involved. Then Lieutenant Pressely helped Mr. Jones get up and walked him downstairs to the per-observation cell. This incident

was witnessed by Lieutenant Pressely and Corrections Officer Grover. Mr. Jones was refused medical treatment and suffers from long term injuries, and also suffers from depression, anxiety attacks, panic attacks. On December 6, 2015 Mr. Jones filed a criminal complaint with internal security.

V.    RELIEF

Mr. Jones is seeking damages in excess of one million dollars.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __7th__ day of __November_____, 20 __17__,

_Jarrell Jones_____
(Signature of Plaintiff)