# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMEEL JONES | : CIVIL ACTION |
|---|---|
| v. | : |
| | : NO. 17-5121 |
| JOHN WETZEL, *et al.* | : |

## ORDER

**AND NOW**, this 14th day of March 2018, upon considering Defendants' Motion to dismiss (ECF Doc. No. 11), with no Opposition and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' Motion (ECF Doc. No. 11) is **GRANTED** without prejudice to Plaintiff filing an amended complaint on or before **April 16, 2018** if there is a good faith basis to do so, alleging personal involvement by Secretary Wetzel, Superintendent Link, Deputy Superintendent Ondrejka, and Caption Terra in their individual capacities or the claims against them will be dismissed with prejudice;

2. Defendants Mr. McCormack and Ms. Lewis shall file an Answer to the claims against them in their individual capacities no later than **March 28, 2018.**

_____
KEARNEY, J.